# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2018

### NO. 03-18-00211-CV

**Juan Carlos Avila-Gonzalez, Appellant**

**v.**

**Maria Elena Avila, Appellee**

**APPEAL FROM THE 452ND DISTRICT COURT OF McCULLOCH COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND FIELD
AFFIRMED IN PART; REVERSED IN PART -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's judgment that orders appellant to pay court costs. Therefore, the Court reverses that portion of the trial court's judgment. However, the Court finds that there was no reversible error in the remaining provisions of the trial court's judgment. Therefore, the Court affirms the remaining provisions of the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.